# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANGELO GAMBINO, <br> EVELYN GAMBINO, <br><br> Plaintiffs, <br><br> v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br><br> Defendant. | CIVIL ACTION NO. 3:15-CV-01286-SRU |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. Rule 41(a)(1)(ii), the Parties hereby stipulate and agree that all claims in the above entitled action are hereby dismissed with prejudice and without costs. All rights of appeal are hereby waived.


Plaintiffs,
Angelo Gambino and Evelyn Gambino,

Defendant,
Portfolio Recovery Associates, LLC
By Its Attorneys


*/s/ Raphael Deutsch*_____
Raphael Deutsch, CT# 432798
301 Highland Avenue
Waterbury, CT 06708
203-721-7052

*/s/ Marissa I. Delinks*
Marissa I. Delinks, CT# 29369
HINSHAW & CULBERTSON LLP
28 State Street, 24th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)


Dated: March 7, 2016

## **CERTIFICATE OF SERVICE**

   I, Marissa I. Delinks, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 7, 2016

                */s/ Marissa I. Delinks*
                Marissa I. Delinks